(August 21, 1986)

■ In the Matter of COMMISSIONER OF THE ST. LAWRENCE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of PATRICIA DOWNS, Respondent, v JAMES DOWNS, Appellant.—Motion for extension of time to perfect appeal denied, without costs, on the ground that the papers fail to establish a reasonable excuse for the delay, as required by 22 NYCRR 800.12 of the Rules of Practice. Mahoney, P. J., Main, Casey, Weiss and Harvey, JJ., concur.